1  D. Lee Roberts, Jr., Esq.
   Nevada Bar No. 8877
2  *lroberts@wwhgd.com*
   WEINBERG, WHEELER, HUDGINS,
3  GUNN & DIAL, LLC
   6385 South Rainbow Blvd., Suite 400
4  Las Vegas, Nevada  89118
   Telephone:(702) 938-3838
5  Facsimile: (702) 938-3864

6  *Attorneys for Defendant Arthrex, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN ROBINSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ARTHREX, INC., a Foreign Corporation; DOE SALES REPRESENTATIVE; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:25-CV-00669-DJA<br><br>(Removed from the Eighth Judicial District Court, Clark County, Nevada Case No. A-25-916181-C, Department 6)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to Local Rules IA 6-1, 6-2, and LR 7-1, Plaintiff and Defendant Arthrex, Inc., by and through their respective undersigned counsel of record, hereby stipulate to extend the deadline for Defendant Arthrex, Inc. to respond to the First Amended Complaint ("FAC") by 7 days. The original deadline for Arthrex, Inc. to respond to the Complaint by motion or answer was April 25, 2025. The parties now stipulate to extend that deadline to May 2, 2025, so that they can meet and confer regarding the potential motion contemplated by Arthrex, Inc. This is the first stipulation to extend this deadline.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The parties respectfully submit that good cause supports the extension in light of ongoing discussions related to a potential motion. The parties further submit that this stipulation is submitted in good faith and not for the purposes of delay. Nothing in this stipulation shall waive the right of Plaintiff to oppose any motion filed by Arthrex, Inc. on any basis other than timeliness.

Dated this 25th day of April, 2025.

*/s/ Matthew D. Minucci*
Robert W. Cottle, Esq.
Matthew D. Minucci, Esq.
The Cottle Firm
8635 South Eastern Avenue
Las Vegas, NV 89123
(702) 722-6111
*rcottle@cottlefirm.com*
*mminucci@cottlefirm.com*

*Attorneys for Plaintiff Brian Robinson*

*/s/ D. Lee Roberts, Jr.*
D. Lee Roberts, Jr., Esq.
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118

*Attorneys for Defendant Arthrex, Inc.*

**IT IS ~~SO~~ ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 4/28/2025

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of April, 2025, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** was electronically filed and served on counsel through the Court's CM/ECF electronic service system pursuant via the electronic mail addresses noted below, unless service by another method is stated or noted:

Robert W. Cottle, Esq.
Matthew D. Minucci, Esq.
The Cottle Firm
8635 South Eastern Avenue
Las Vegas, NV 89123
(702) 722-6111
*rcottle@cottlefirm.com*
*mminucci@cottlefirm.com*

*Attorneys for Plaintiff*

        */s/ Kelly L. Pierce*
        An employee of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC