```
 1  D. Lee Roberts, Jr., Esq.
    Nevada Bar No. 8877
 2  *lroberts@wwhgd.com*
    WEINBERG, WHEELER, HUDGINS,
 3  GUNN & DIAL, LLC
    6385 South Rainbow Blvd., Suite 400
 4  Las Vegas, Nevada  89118
    Telephone:(702) 938-3838
 5  Facsimile: (702) 938-3864

 6  *Attorneys for Defendant Arthrex, Inc.*
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN ROBINSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>ARTHREX, INC., a Foreign Corporation; DOE SALES REPRESENTATIVE; DOES I-X; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.:  2:25-CV-00669-JCM-DJA<br><br>(Removed from the Eighth Judicial District Court, Clark County, Nevada Case No. A-25-916181-C, Department 6)<br><br>**ORDER RE DISMISSAL OF SPECIFIC PORTIONS OF PLAINTIFF'S COMPLAINT AND TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT**<br>[Second Request] |

Plaintiff and Defendant Arthrex, Inc., by and through their respective undersigned counsel of record, hereby stipulate:

1. As to Count I of Plaintiff's Complaint:

    a. Paragraph 22 is dismissed without prejudice only as to the allegation concerning Arthrex, Inc.'s failure to warn of the alleged defective condition of the product; i.e "…and further failed to warn of the defective condition of the subject product and its component parts.".

    b. Paragraph 24 is dismissed without prejudice in its entirety.

    c. Paragraph 32 is dismissed without prejudice in its entirety (punitive damages demand).

2. As to Count II of Plaintiff's Complaint:

    a. Paragraph 35.iii. as to the allegation concerning Arthrex, Inc.'s failure to warn of

the alleged defective condition of the product is dismissed without prejudice

    b. Paragraph 43 is dismissed without prejudice in its entirety.

3. Counts III and IV of Plaintiff's Complaint are dismissed without prejudice.

4. Plaintiff's request for punitive damages in Paragraph 4 of the Prayer for Relief is dismissed without prejudice.

Pursuant to Local Rules IA 6-1, 6-2, and LR 7-1, Plaintiff and Defendant Arthrex, Inc., hereby further stipulate to extend the deadline for Defendant Arthrex, Inc. to Answer the Complaint (ECF No. 1) by thirty (30) days. As a result of the first request, the amended deadline for Arthrex, Inc. to respond to the Complaint by motion or answer was May 2, 2025. Arthrex shall now have thirty (30) days to file an Answer from the date of this Stipulation, or by Monday, June 2, 2025. This is the second stipulation to extend this deadline

Dated this 2nd day of May, 2025.

| | |
|---|---|
| */s/ Matthew D. Minucci* | */s/ D. Lee Roberts, Jr.* |
| Robert W. Cottle, Esq. | D. Lee Roberts, Jr., Esq. |
| Matthew D. Minucci, Esq. | WEINBERG, WHEELER, HUDGINS, |
| The Cottle Firm | GUNN & DIAL, LLC |
| 8635 South Eastern Avenue | 6385 South Rainbow Blvd., Suite 400 |
| Las Vegas, NV 89123 | Las Vegas, Nevada 89118 |
| (702) 722-6111 | |
| rcottle@cottlefirm.com | *Attorneys for Defendant* |
| mminucci@cottlefirm.com | *Arthrex, Inc.* |

*Attorneys for Plaintiff Brian Robinson*

**IT IS SO ORDERED:**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: May 8, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of May, 2025, a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER RE DISMISSAL OF SPECIFIC PORTIONS OF PLAINTIFF'S COMPLAINT AND TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT [Second Request]** was electronically filed and served on counsel through the Court's CM/ECF electronic service system pursuant via the electronic mail addresses noted below, unless service by another method is stated or noted:

Robert W. Cottle, Esq.
Matthew D. Minucci, Esq.
The Cottle Firm
8635 South Eastern Avenue
Las Vegas, NV 89123
(702) 722-6111
*rcottle@cottlefirm.com*
*mminucci@cottlefirm.com*

*Attorneys for Plaintiff*

                                  */s/ Kelly L. Pierce*
                                  An employee of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC