ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
MATTHEW D. MINUCCI, ESQ.
Nevada Bar No. 12449
**THE COTTLE FIRM**
8635 S. Eastern Avenue
Las Vegas, Nevada 89123
Email: mminucci@cottlefirm.com
Phone: (702) 722-6111
Facsimile: (702) 834-8555
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN ROBINSON, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ARTHREX, INC., a Foreign Corporation; DOE SALES REPRESENTATIVE; DOES I - X; and ROE CORPORATIONS I – X, inclusive,<br><br>　　　　Defendants. | CASE NO: 2:25-cv-00669-DJA |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by Plaintiff, through his counsel Matthew D. Minucci, Esq., of The Cottle Firm, Defendant ARTHREX, INC., through their counsel D. Lee Roberts, Jr., Esq., of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC., and Rachel Forman, Esq., of Arnold & Porter Kaye Scholer, LLP, that the above-captioned action be and is hereby DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

. . .

. . .

. . .

. . .

. . .

- 1 -

Each party will bear its own fees and costs.

DATED this 19th day of December, 2025.

| | |
|---|---|
| **THE COTTLE FIRM** | **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC** |
| By: */s/ Matthew D. Minucci* <br> ROBERT W. COTTLE, ESQ. <br> Nevada Bar No. 4576 <br> MATTHEW D. MINUCCI, ESQ. <br> Nevada Bar No. 12449 <br> 8635 South Eastern Avenue <br> Las Vegas, Nevada 89123 <br> Phone: (702) 722-6111 <br> Facsimile: (702) 834-8555 <br> *Attorneys for Plaintiffs* | By: */s/ D. Lee Roberts, Jr.* <br> D. LEE ROBERTS, JR., ESQ. <br> Nevada Bar No. 8877 <br> 6385 South Rainbow Boulevard, Suite 400 <br> Las Vegas, NV 89118 <br> Phone: (702) 938-3838 <br> Facsimile: (702) 938-3864 <br><br> Rachel L. Forman, Esq. <br> **ARNOLD & PORTER KAYE SCHOLER, LLP** <br> 601 Massachusetts Avenue, NW <br> Washington, D.C. 20001 <br> Phone: (202) 942-5041 <br> Facsimile: (202) 942-5999 <br><br> *Attorneys for Defendant* |

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT
DATED: December 29, 2025